IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-000386-M-RN

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ADRIAN CORNELIO SELBY, | |
| Defendant. | |

This matter comes before the court on its order granting the Federal Bureau of Prisons' ("BOP") motion for an extension of time to complete Defendant's § 4242 evaluation. [DE 48]. In the order, the court directed the BOP to complete Defendant's evaluation on or before December 27, 2024, and file the accompanying report on or before January 3, 2025. *Id.* On January 3, 2025, Defendant's psychiatric evaluator communicated to the court that due to a family emergency and the significant amount of discovery and data to review in this case, the report would not be issued by the deadline. She communicated that the report would be made available to the court "during the week of January 13, 2025."

This time period has passed, and the court is not in receipt of Defendant's § 4242 evaluation. The court ORDERS the United States to confer with relevant personnel at the BOP and provide the court with a status update on or before January 31, 2025, detailing when the report

is expected to be made available.

SO ORDERED this 27Th day of January, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE