IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00386-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ADRIAN CORNELIO SELBY,<br><br>    Defendant. | ORDER |

This matter comes before the court on the United States' Motion to Dismiss Arrest Warrant. [DE 79]. The United States advises that "[w]hen preparing the paperwork for the superseding indictment, [it] erroneously requested an arrest warrant . . ., which this [c]ourt issued" *Id.* at 1. As Defendant is already in federal custody, it argues that the warrant is unnecessary. *Id.* For good cause shown, the motion is GRANTED. The arrest warrant issued at [DE 78] is DISMISSED.

SO ORDERED this \_\_5th\_\_ day of May, 2025.

                                              RICHARD E. MYERS II
                                            CHIEF UNITED STATES DISTRICT JUDGE