IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00386-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADRIAN CORNELIO SELBY,

    Defendant.

ORDER

This matter comes before the court on the United States' Motion for Order of Abatement. [DE 101]. The United States advises that Defendant died on May 29, 2025. Pursuant to Federal Rule of Criminal Procedure 48(a) and for good cause shown, the motion is GRANTED, and the superseding indictment is the above-captioned case is hereby DISMISSED. The trial scheduled to commence on June 2, 2025, is TERMINATED.

SO ORDERED this 30th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE